UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
APRIL GORDON, individually and on
behalf of others similarly situated,

                                                                      No. 20 CV 3956-LTS-GWG

                        Plaintiff,

       -against-                                          ORDER REGARDING
                                                                 PROPOSED SETTLEMENT

SPACIOUS LIVING GROUP, LLC,

                        Defendant.
-------------------------------------------------------x

        The attorneys for the parties have advised the Court that this action has been or will be settled.  Accordingly, it is hereby ORDERED that the parties file the proposed settlement agreement for Court approval of the agreement as fair and reasonable within 45 days of the date hereof.  The approval request must be supported by a declaration and any other evidence necessary to support the requested determination.  See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 205 (2d Cir. 2015).

        SO ORDERED.

Dated: New York, New York
          December 1, 2020

                                                                /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                United States District Judge