UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APRIL GORDON, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>-against-<br><br>SPACIOUS LIVING GROUP, LLC d/b/a SLG CONSTRUCTION,<br><br>               Defendant. | 20 Civ. 03956 (LTS)(GWG) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between named plaintiff April Gordon and putative plaintiff Makiba Darby ("Plaintiffs") and Defendant, through their undersigned attorneys, that the Parties have agreed to amicably resolve any and all claims by Plaintiffs, including claims under the Fair Labor Standards Act and New York Labor Law, and hereby stipulate, consent and agree to dismiss the instant action with prejudice. The terms of the Parties' negotiated Settlement Agreement and Release have been reviewed and approved by the Court. No award of attorneys' fees or costs will be awarded by the Court to any party except as provided in the Settlement Agreement.

IT IS FURTHER STIPULATED AND AGREED that this Court will retain jurisdiction over the instant action for purposes of ensuring the Parties' compliance with the terms of the Settlement Agreement.

| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
|---|---|
| PELTON GRAHAM LLC | SALKA LAW LLC |
| 111 Broadway, Suite 1503<br>New York, NY 10006<br>Tel. (212) 385-9700 | One University Plaza, Suite 516<br>Hackensack, NJ 07601<br>Tel. (201) 880-6220 |
| By: *B.E.P.*<br>Brent E. Pelton, Esq. | By: *[signature]*<br>Gregg H. Salka, Esq. |
| Dated: 1/8/2021 | Dated: 1-8-2021 |

The Clerk of Court is requested to close this case.
DE # 20 resolved.
SO ORDERED.
1/8/2021
/s/ Laura Taylor Swain, USDJ